# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

---

A.K., a Minor by and through his Parents,
Guardians and Next Friends,
TIMOTHY KOCHER, and
TERESA D. KOCHER,

                **Plaintiffs,**

v.    No. 2:15-cv-02663-JTF-dkv

**DURHAM SCHOOL SERVICES, L.P.,**

                **Defendant.**

---

## ORDER ON JURY VERDICT
---

This cause came on for jury trial on January 29, 2018. Plaintiffs were represented by Timothy R. Holton and John R. Holton while Defendant was represented by John I. Houseal, Jr. and Andre B. Mathis. Jurors were selected and sworn. Counsel made opening statements, the Jury listened to the evidence, closing arguments, and the Court's instructions regarding the law. On February 2, 2018, the Jury concluded its deliberations finding unanimously that Defendant, Plaintiffs, and a Non-Party were all at fault. The Jury apportioned fault as follows: Plaintiffs were determined to be 56 percent liable; Defendant was held 16 percent liable; and the non-party 28 percent liable. Because the Jury found that Plaintiffs were more than 50 percent liable for negligence in this case, Plaintiffs were not entitled to recover any damages. The jurors were polled individually and excused.

**IT IS SO ORDERED** on this 2nd day of February, 2018.

                              *s/ John T. Fowlkes, Jr.*
                              JOHN T. FOWLKES, JR.
                              UNITED STATES DISTRICT JUDGE