UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

A.K., a Minor, by and through his Parents,
Guardians and Next Friends,
TIMOTHY KOCHER, and
TERESA D. KOCHER,
Individually,

    Plaintiffs,

v.                          Cv. No.   15-2663-JTF

DURHAM SCHOOL SERVICES, L.P.,

    Defendant.

# JUDGMENT

    Decision by Jury Verdict.  This action came for consideration before a Jury. The issues have been duly considered and a unanimous decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice based on a jury verdict that found Plaintiffs were 56 percent liable; Defendant was 16 percent liable and the Non-Party 28 percent liable.  Because Plaintiffs were found by the jury to be more than 50 percent liable, Plaintiffs are not entitled to recover any damages all in accordance with the Order on Jury Verdict entered on February 2, 2018.

## APPROVED:

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.                      THOMAS M. GOULD
UNITED STATES DISTRICT JUDGE       CLERK

February 6, 2018                             s/Lorri J. Fentress
DATE                                             (BY) LAW CLERK